ReedSmith
Driving progress
through partnership

**Shana E. Russo**
Direct Phone: +1 609 514 5959
Email: srusso@reedsmith.com

Reed Smith LLP
506 Carnegie Center
Suite 300
Princeton, NJ 08540-7839
+1 609 987 0050
Fax +1 609 951 0824
reedsmith.com

August 19, 2026

**Via ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application **DENIED**. No reason was provided for the requested adjournment. The Court typically does not adjourn the initial conference pending a response to the Complaint.

Dated: August 20, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**Re: Rabinowitz v. GoTo Foods LLC, et al.**
**Index No. 1:26-cv-6047**

Dear Judge Schofield:

We write on behalf of Defendants GoTo Foods LLC and Auntie Anne's Franchisor SPV LLC ("Defendants") to request a 30-day adjournment of the Initial Case Management Conference initially scheduled for September 1, 2026. This is the first request to adjourn this Conference. Defendants have conferred with Plaintiff's counsel, who consent to this request.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *Shana E. Russo*
Shana E. Russo

SER:al

Cc: All Counsel of Record (via ECF)