UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARA RABINOWITZ, individually and on behalf of all others similarly situated, Plaintiffs, -against- GOTO FOODS LLC et al., Defendants. | 26 Civ. 6047 (LGS) **ORDER** |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 19, 2026, an initial pretrial conference was conducted telephonically in the above-captioned case.

WHEREAS, Defendants represent that an informal preliminary document production may aid the parties in resolving the dispute without further motion practice. It is hereby

**ORDERED** that the parties shall file a proposed confidentiality agreement by **October 23, 2026**. Disputed provisions, if any, shall be identified, and each party's position on disputed provisions shall be set out in the margins or footnotes.

**ORDERED** that, by **November 20, 2026**, the parties shall file a joint letter regarding the status of settlement discussions and the parties' proposals for next steps. A case management plan and briefing schedule for Defendants' motion to dismiss are held in abeyance pending the parties' status update.

Dated: October 19, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE